IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
FILED
FEB 2 6 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

v.

KRISTY JACKSON (2)

NO. 3:19-CR-058-S

# MOTION FOR DETENTION

The United States moves for detention of defendant, **Kristy Jackson**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_\_\_ Petition for Supervised Release Revocation was filed

Motion for Detention - Page 1

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

    ____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

DATED this <u>26th</u> day of <u>February</u>, 2019.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/Damien M. Diggs*
DAMIEN M. DIGGS
Assistant United States Attorney
D.C. Bar No. 501552
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8629
Facsimile: 214-659-8803
damien.diggs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this <u>26th</u> day of February, 2019.

*Damien M. Diggs*
DAMIEN M. DIGGS
Assistant United States Attorney
