# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: RENEE HARRIS TOLIVER | |
|---|---|
| DEPUTY CLERK: J. Amerson | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 4 min |
| A.M. | P.M. 1:00 | DATE: February 26, 2019 |

☐MAG. NO.          ☐DIST. CR. NO. 3:19-cr-00058-S *SEALED*          USDJ Judge Karen Gren Scholer

UNITED STATES OF AMERICA

§
§                    _Renee Hunter_____, AUSA
§
v.                                         §                    _____ ☐
§
§                    _Marshall McCallum_____ ☐
§
KRISTY JACKSON (2)                         §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☒INITIAL APPEARANCE  ☐IDENTITY  ☐BOND HEARING  ☐PRELIMINARY HEARING
☐ DETENTION HEARING  ☐COUNSEL DETERMINATION HEARING  ☐REMOVAL HEARING  ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____  CASE NO. _____  ☐OTHER DISTRICT  ☐DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 02/26/2019  ☐SURRENDER_____
☐ RULE 5/32  ☐APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐MW (MATERIAL WITNESS) _____ APPEARED  ☐WITH  ☐WITHOUT COUNSEL
☒REQUESTS APPOINTED COUNSEL.
☒FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER. _Marshall McCallum_
☒PRIVATE COUNSEL APPOINTED
☐ DEFT HAS RETAINED COUNSEL
☐ ARRAIGNMENT SET ☒DETENTION HEARING SET _Thursday 2/28/19 @ 1pm bfr._
_Judge Toliver_

☐ PRELIMINARY HEARING SET _____  ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐SET  ☐REDUCED TO $ _____  ☐CASH  ☐ SURETY  ☐10%  ☐ PR  ☐UNS  ☐3RD PTY  ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☒ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT  ☐MW RELEASED  ☐STATE AUTHORITIES  ☐INS
☒DEFT  ☐MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐PRELIMINARY HEARING  ☐RULE 5/32 HEARING  ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ID  ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 26 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy