# United States District Court
## Northern District of Texas
Dallas Division

*FILED 2019 FEB 27 PM 3:07*
*DEPUTY CLERK zkw*

UNITED STATES OF AMERICA

V.

KRISTY JACKSON

**SEALED WARRANT ~~FOR ARREST~~**

CASE NUMBER: 3:19-CR-058-S-2

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  **KRISTY JACKSON**
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[■] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Access Device Fraud

in violation of Title   18
United States Code, Section(s)
371

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*/s/ Karen Mitchell*
Signature of Issuing Officer

U.S. Magistrate Judge Irma Carrillo Ramirez
Judge

2/6/2019
Date

Dallas, TX
Location

s/K. Cheng
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Kaufman County, TX 75142

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/6/2019 | Special Agent John R. Palacios | J.R. Palacios |
| DATE OF ARREST | | |
| 2/25/2019 | | |

USSS

8696348